

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00080-CR

James **RISO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 21-06-14106-CR
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

Appellee's brief was due on August 24, 2022. However, appellee has filed a motion requesting an extension of time to file the appellee's brief. The motion is GRANTED. The appellee's brief is due on or before **September 23, 2022**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court